

FILED
5/5/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
GMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **1:26-cr-00207** |
| | ) | **Judge Martha M. Pacold** |
| | ) No. | **Magistrate Judge Maria Valdez** |
| v. | ) | **RANDOM / Cat. 4** |
| | ) | Violation: Title 18, United States Code, |
| | ) | Section 922(g)(1) |
| LAMON D. WILLIAMS | ) | |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about November 22, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

LAMON D. WILLIAMS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a loaded Taurus, model PT111 G2C, 9mm, semi-automatic pistol, bearing serial # ACC685095, which firearm traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2025 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, a loaded Taurus, model PT111 G2C, 9mm, semi-automatic pistol, bearing serial # ACC685095, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY